**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MCKESSON CORPORATION,**<br><br>Plaintiff & Counter-Defendant,<br><br>*v.*<br><br>**PAIN MANAGEMENT COMPANY LLC and BRIAN DUNLEAVY,**<br><br>Defendants & Counter-Plaintiffs. | **CIVIL ACTION**<br><br>**NO. 26-285-KSM** |

**ORDER**

**AND NOW**, this 2nd day of September, 2026, upon consideration of Counter-Defendant McKesson Corporation's Motion to Dismiss (Doc. No. 20), Counter-Plaintiffs Pain Management Company LLC and Brian Dunleavy's Response in Opposition (Doc. No. 25), Counter-Defendant's Reply in Support (Doc. No. 27), and for the reasons discussed in the accompanying Memorandum, it is **ORDERED** that the motion to dismiss (Doc. No. 20) is **GRANTED in PART and DENIED in PART**. Count II of Counter-Plaintiffs' Counterclaims (Doc. No. 14) is **DISMISSED without prejudice** for failure to state a claim.

**IT IS FURTHER ORDERED** that if Counter-Plaintiffs can, ***in good faith***, amend Count II consistent with the Court's contemporaneously filed Memorandum, then they may file Amended Counterclaims **no later than September 9, 2026**.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
KAREN SPENCER MARSTON, J.